KRISTINA L. HILLMAN, Nevada Bar No: 007752
KERIANNE R. STEELE, Nevada Bar No: 10995
LAW OFFICES OF KRISTINA L. HILLMAN
  Affiliated with Weinberg, Roger & Rosenfeld
  A Professional Corporation
1594 Mono Ave.
P.O. Box 1987
Minden, NV 89423
Telephone: 775-770-4832
Facsimile: 775-782-6932

EMILY P. RICH, Bar No. 168735
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510-337-1001
Facsimile: 510-337-1023
bankruptcycourtnotices@unioncounsel.net
erich@ unioncounsel.net

Attorneys for Creditor
LABORERS' INTERNATIONAL UNION OF
NORTH AMERICA LOCAL 872, AFL-CIO

**E-FILED: December 31, 2015**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

(LAS VEGAS DIVISION)

| | |
|---|---|
| In re: | Case No. 15-16662-MKN |
| PARNELL COLVIN, | CHAPTER 7 |
| Debtor. | 9101<br>Estimated Time: |
| | Judge: Mike K. Nakagawa |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance in the above-entitled case on behalf of creditors, Laborers' International Union Of North America Local 872, AFL-CIO and give this notice of appearance and request notice of all matters that must be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of Limited Notice Proceedings.  For purposes of notice and service, the following address shall be used:

>Laborers' International Union Of
>North America Local 872, AFL-CIO *
>c/o Emily P. Rich
>WEINBERG, ROGER & ROSENFELD
>A Professional Corporation
>1001 Marina Village Parkway, Suite 200
>Alameda, California 94501-1091
>Telephone:  510.337.1001
>Fax:  510.337.1023
>E-mail:  bankruptcycourtnotices@unioncounsel.net
>         erich@unioncounsel.net

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without limitation, all schedules, notices of any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

Dated:  December 31, 2015
                              LAW OFFICES OF KRISTINA L. HILLMAN
                              Affiliated with Weinberg, Roger & Rosenfeld
                              A Professional Corporation

                              /S/ KRISTINA L. HILLMAN
                         By:  Kristina L. Hillman
                              Kerianne R. Steele
                              Attorneys for Creditor
                              LABORERS' INTERNATIONAL UNION OF
                              NORTH AMERICA LOCAL 872, AFL-CIO__

///

///

1

| | | |
|---|---|---|
| Dated: December 31, 2015 | | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
| | By: | /S/ EMILY P. RICH<br>EMILY P. RICH<br>Attorneys for Creditor<br>LABORERS' INTERNATIONAL UNION OF<br>NORTH AMERICA LOCAL 872, AFL-CIO |

140026\844655.v1

2