```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                                    Case No. 15-16662-mkn
PARNELL COLVIN                                                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-2         User: admin               Page 1 of 2           Date Rcvd: Mar 08, 2016
                             Form ID: adindsm          Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2016.
```
db             #+PARNELL COLVIN,    2275 S. PIONEER WAY,    LAS VEGAS, NV 89117-2702
cr              +Laborers International Union of Northern America L,    Weinberg Roger & Rosenfeld,
                  c/o Emily P. Rich,    1001 Marina Village Parkway,    Suite 200,    Alameda, CA 94501-6480
9651866        ++CITY OF BEAVERTON,    CITY ATTORNEYS OFFICE,    PO BOX 4755,    BEAVERTON OR 97076-4755
                (address filed with court:    Beaverton Municipal Court,    4755 SW Griffith DR,
                  Beaverton, Or 97005)
9651882         +Child support services San Bernandino,    County,,    15400 Civic Dr.,
                  Victorville,CA 92392-2359
9651878         +Enas Croft,    5000 S Jones,    Las Vegas, Nv 89118-0535
9651884          IRS,    111 Constitution Ave,    NW, Washington P.C. 20224-0002
9651875         +Labores union Local,    2345 Red Rock St,    Las Vegas, NV 89146-3157
9651876         +Las vegas water District,    1001 S Valley View Blvd,    Las Vegas, NV 89107-4447
9651867          Marquis Aurbach Coffing,    1001 Park Run Drive,    Las Vegas, Nv 89145
9651879         +NV Enery,    6226 W Sahara Ave,    Las Vegas, NV 89146-3060
9651869         +NW Gas,    220 NW 2nd Ave,    Portland ,Or 97209-3954
9651868         +PGE,    P.O. Box 4404,    Portland, Or 97208-4404
9651880        #+Republic Services,    333 West Gowan Rd,    North Las Vegas ,Nv 89032-7806
9659645          SOUTHWEST GAS CORPORATION,    PO BOX 1498,    VICTORVILLE, CA 92393-1498,    BANKRUPTCY DESK
9651877          Southwest Gas Corporation,    89150 SPring Mountain Rd,    Las Vegas ,NV 89146
9651872         +Sprint Corporate Office,    6200 Sprint Parkway,    Overland Park,Ks 66251-6117
9651865          Terry Moore,    1001 Park Run Drive,    Las Vegas , Nv 89145
9651871         +Waste Management,    1001 Fannin St,    Houston,Tx 77002-6706
9651883         +William Croft,    6450 Spring Mountain RD#7,    Las Vegas , Nv 89146-8836
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BLESCHWARTZER.COM Mar 09 2016 01:38:00      LENARD E. SCHWARTZER,    2850 S. JONES BLVD., #1,
                  LAS VEGAS, NV 89146-5640
9651873          EDI: DIRECTV.COM Mar 09 2016 01:38:00      Direct TV,    2230 Imperial Hwy,
                  EL Segundo, Ca 90245
9651874         +EDI: ESSL.COM Mar 09 2016 01:38:00      Dish Network,    9601 S meridian Blvd,
                  Englewood, Co 80112-5905
9651881          EDI: IRS.COM Mar 09 2016 01:38:00      Irs,    1220 SW 3rd Ave,    Portland,Or 97204
9651870         +E-mail/Text: bankruptcy@portlandoregon.gov Mar 09 2016 03:36:01      Portland Water Bureav,
                  1900 SW 4th Ave,    Portland, Or 97201-5350
                                                                                              TOTAL: 5
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               WILLIAM CROFT
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
```
              KRISTINA L HILLMAN    on behalf of Creditor    Laborers International Union of Northern America
               Local 872 bankruptcycourtnotices@unioncounsel.net,
               craisner@unioncounsel.net;acrowley@unioncounsel.net
              LENARD E. SCHWARTZER    trustee@s-mlaw.com,  lbenson@s-mlaw.com,nv17@ecfcbis.com
```

```
District/off: 0978-2          User: admin              Page 2 of 2               Date Rcvd: Mar 08, 2016
                              Form ID: adindsm         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         TERRY A. MOORE    on behalf of Creditor WILLIAM  CROFT tmoore@marquisaurbach.com, lpeters@maclaw.com
         U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                                                               TOTAL: 4

NVB 1017–1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–15–16662–mkn |
| | CHAPTER 7 |
| PARNELL COLVIN | |
| Debtor(s) | NOTICE OF DISMISSAL; NOTICE THAT ALL PENDING HEARINGS ARE VACATED |

On 3/7/16, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 3/7/16

*Mary A. Schott*

Mary A. Schott
Clerk of Court